IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JASMIN ROWLETT,** | * | |
| Plaintiff, | * | |
| v. | * | Civil No. SAG-21-1205 |
| **BALTIMORE POLICE DEPARTMENT,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 2nd day of November, 2021, ORDERED that Defendant BPD's Motion to Dismiss or for Summary Judgment, ECF 10, is:

(1) DENIED as to Plaintiff's claims in Counts VII–IX, and to her claim in Count IV of retaliation based upon the revocation of her previously granted accommodation;

(2) GRANTED for summary judgment as to Plaintiff's claims in Counts I–III, and as to the discrimination and retaliation claims insofar as they are based on the conduct of Sgt. Hood and as to all other conduct occurring prior to March 26, 2020, and;

(3) GRANTED for dismissal as to Plaintiff's § 1981 claim in Count V and HIPAA claim in Count VI.

All dismissed claims are dismissed without prejudice, except Plaintiff's HIPAA claim in Count VI, which is dismissed with prejudice.

The memorandum opinion accompanying this order will be initially filed under temporary seal to allow the parties to determine whether quoted portions of sealed exhibits should be redacted

before final publication. To the extent the parties wish to do so, they are ordered to file a joint request to redact quoted excerpts by **Tuesday, November 9, at 5:00 p.m.**

                                                           /s/
                                                 Stephanie A. Gallagher
                                                 United States District Judge