IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JASMIN ROWLETT**,

   Plaintiff,

v.

**BALTIMORE CITY POLICE DEPARTMENT**,

   Defendant.

Civil No. 21-1205-BPG

## **ORDER**

For the reasons stated in the accompanying memorandum opinion it is this 28th day of March 2023, ORDERED that:

(1) Defendant's motion for summary judgment, ECF 43, is DENIED AS MOOT;

(2) Defendant's superseding motion for summary judgment, ECF 52, is GRANTED;

(3) There are no genuine issues of material fact as to the counts remaining in Plaintiff's complaint (Counts IV, VII, VIII, and IX);

(4) Judgment is entered in favor of Defendant as to Counts IV, VII, VIII, and IX; and

(5) The Clerk is directed to CLOSE this case.

/s/
Beth P. Gesner
United States Magistrate Judge